UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

RUBEN C. HOLTON,                            :

    Petitioner                             :   CIVIL ACTION NO. 1:20-1740

v.                                          :        (JUDGE MANNION)

WARDEN SCOTT FINLEY,                        :

    Respondent                             :

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The petitioner's objections to the report and recommendation of Judge Arbuckle **(Doc. 30)** are **OVERRULED**.

**(2)** The report and recommendation of Judge Arbuckle **(Doc. 29)** is **ADOPTED IN ITS ENTIRETY**.

**(3)** The petition for writ of habeas corpus **(Doc. 1)** is **DENIED**.

**(4)** The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: January 20, 2022**
20-1740-01-ORDER